UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **FRANCES JEAN MOORE** | **CASE NO. 5:19-CV-00987** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendant's Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction [doc. # 10] is GRANTED.

Shreveport, Louisiana, this _6th_____ day of ___November_____ 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE